No. M–28. KRAMER *v.* CITY OF WICHITA, KANSAS. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. M–25. CORPORACION DE EXPORTACIONES MEXICANAS USA, INC., ET AL. *v.* FLORIDA DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION ET AL. Motion of petitioners to dispense with printing the petition for writ of certiorari denied.

No. M–26. CORPORACION DE EXPORTACIONES MEXICANAS USA, INC., ET AL. *v.* FLORIDA DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION ET AL. Motion to direct the Clerk to file petition for writ of certiorari by a nonattorney on behalf of a corporation denied.

No. M–27. IN RE TOMASIN. Motion to direct the Clerk to file petition for writ of mandamus and other relief denied.

No. M–29. DUFF, UNITED STATES DISTRICT JUDGE FOR THE NORTHERN DISTRICT OF ILLINOIS *v.* GOVERNOR OF ILLINOIS ET AL. Motion of petitioner to waive requirements of this Court's Rule 33.1 denied.

No. 95–1232. GENERAL MOTORS CORP. *v.* TRACY, TAX COMMISSIONER OF OHIO. Sup. Ct. Ohio. [Certiorari granted, 517 U. S. 1118.] Motion of respondent to strike petitioner's lodging denied.

No. 95–1605. UNITED STATES *v.* GONZALES ET AL. C. A. 10th Cir. [Certiorari granted, 518 U. S. 1003.] Motion for appointment of counsel granted, and it is ordered that Roberto Albertorio, Esq., of Albuquerque, N. M., be appointed to serve as counsel for respondent Mario Perez in this case.

No. 95–5661. MELENDEZ *v.* UNITED STATES, 518 U. S. 120. Motion for appointment of counsel *nunc pro tunc* granted, and it is ordered that Patrick A. Mullin, Esq., of Hackensack, N. J., be appointed to serve as counsel for petitioner.

No. 96–529. IN RE PUNCHARD; and
No. 96–6210. IN RE RANDY. Petitions for writs of habeas corpus denied.

No. 96–6050. IN RE VEY; and
No. 96–6176. IN RE WILLIAMS. Petitions for writs of mandamus and/or prohibition denied.